**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7597**

_____

DAVID KEITH BUFF,

             Plaintiff - Appellant,

        v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; JON E. OZMINT,
Director; UNKNOWN DIRECTOR; ELBERT PEARSON, Security Threat
Group Coordinator; MCKITHER BODISON, Warden; WAYNE MCCABE,
Warden; RALPH HUNTER, Associate Warden; FRED THOMPSON,
Associate Warden; EUGENE SKIPPER, Sergeant; JAMANA RAVENELL,
Caseworker,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Terry L. Wooten, District Judge.
(5:11-cv-00234-TLW)

_____

Submitted:  December 13, 2012      Decided:  December 19, 2012

_____

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Keith Buff, Appellant Pro Se.  Andrew Lindemann, DAVIDSON
& LINDEMANN, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Keith Buff appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Buff v. S.C. Dep't of Corr.</u>, No. 5:11-cv-00234-TLW (D.S.C. July 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>